USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE:                                              :
                                                    :          14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                         :          14-MC-2573 (VEC)
ANTITRUST LITIGATION                                :
                                                    :          **ORDER NO. 4**
*This Document Relates to All Actions*              :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

On December 2, 2014, the Court convened its first status conference since the Judicial Panel on Multidistrict Litigation consolidated these actions in the Southern District of New York. Pursuant to the Court's December 2, 2014 conference, the Court has determined the following:

### I.     CONSOLIDATED PLEADINGS

Plaintiffs' Consolidated Amended Complaint shall be due January 26, 2015. This deadline shall not be extended.

### II.    MOTION TO DISMISS

Defendants' deadline to answer, move with respect to, or otherwise respond to the Consolidated Amended Complaint shall be March 27, 2015. Plaintiffs' response to any such motions shall be filed not later than May 28, 2015, and Defendants' reply shall be filed not later than June 29, 2015. These deadlines will not be extended absent particularly good cause. The Court will consider reasonable requests to expand the Court's standard page limits for the briefs.

### III.   DISCOVERY

The parties may meet and confer regarding any possible discovery on consent. If, after conferring, Plaintiffs intend to move to lift the stay of discovery imposed by Order 1 for some limited purposes, they may file a letter brief, not to exceed five pages, describing the discovery they seek and the basis for their belief that this discovery should not be stayed. No later than one

week after Plaintiffs file any such letter, Defendants may file a consolidated response, also not to exceed five pages.

**SO ORDERED.**

Date:  December 3, 2014
      New York, New York                                **VALERIE CAPRONI**
                                                          **United States District Judge**