GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Joel S. Sanders
Direct: +1 415.393.8268
Fax: +1 415.374.8439
JSanders@gibsondunn.com

March 16, 2015

VIA ECF

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *In re London Silver Fixing, Ltd. Antitrust Litigation,* Case No. 14-MD-2573 (VEC)
      (This Document Relates to All Actions)

Dear Judge Caproni:

   I write on behalf of all parties in the above-captioned matter to request an expansion of page limits for defendants' motion to dismiss the Consolidated Amended Class Action Complaint. The plaintiffs and defendants jointly request leave to file briefs of the following page lengths:

- The defendants propose to file a joint memorandum of law addressing common, overlapping, and shared issues. The parties request 50 pages for defendants' memorandum, 50 pages for plaintiffs' opposition memorandum, and 20 pages for defendants' joint reply memorandum.[1]

- The HSBC, Deutsche Bank, and Bank of Nova Scotia defendants each propose to reserve the option of filing supplemental memoranda of law addressing non-redundant issues that are unique to each bank defendant. The parties request 10 pages for each bank defendant that wishes to submit a supplemental memorandum, 10 pages for plaintiffs' opposition memoranda to each of these bank defendants' supplemental memoranda, and 5 pages for each of these bank defendants' reply memoranda.

---

[1] The London Silver Market Fixing, Ltd. ("LSMF") may not be participating in the defendants' joint briefing and, as a result, has not reached an agreement with plaintiffs on proposed page limits for any motion to dismiss briefing. In the event that LSMF and plaintiffs need to seek leave to file briefs with expanded page limits, the parties respectfully propose to address that request in a separate communication with the Court.

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

GIBSON DUNN

Hon. Valerie E. Caproni
March 16, 2015
Page 2

- The UBS defendants propose to reserve the option of filing a supplemental memorandum of law addressing non-redundant issues that are unique to it. The parties request 15 pages for UBS if it wishes to submit a supplemental memorandum, 15 pages for plaintiffs' opposition memorandum, and 7 pages for UBS's reply memorandum.

The parties thank the Court for its consideration of their joint request.

Respectfully submitted,

*Joel S. Sanders*

Joel S. Sanders

cc: All Counsel of Record (via ECF)