UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | : |
|---|---|
| | : |
| | : |
| IN RE: LONDON SILVER FIXING, LTD., ANTITRUST LITIGATION | : Case No. 14-MD-2573 (VEC) |
| | : |
| | : ECF CASE |
| This Document Relates To | : |
| *DePaoli, et al. v. The London Silver Market Fixing, Ltd., et al.*, 14-CV-09068 (VEC) | : ORAL ARGUMENT REQUESTED |
| | : |

------------------------------------------------------------X

**NOTICE OF
DEFENDANT UBS AG's MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon the filing of the accompanying memorandum of law, and Declaration of Joel S. Sanders, with annexed exhibit, Defendant UBS AG will move, by its undersigned counsel, before the Honorable Valerie E. Caproni, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 443, New York, New York 10007, on such date and time to be set by the Court, for an order dismissing the Consolidated Amended Class Action Complaint under Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that Defendant UBS AG requests oral argument in connection with its motion to dismiss.

///

///

///

<table>
<tr><td>

DATE:  March 27, 2015

</td><td>

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/  Thomas G. Hungar
</td></tr>
<tr><td>

Joel S. Sanders
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone: (415) 393-8200

Peter Sullivan
Lawrence J. Zweifach
Indraneel Sur
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

</td><td>

Thomas G. Hungar
D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
thungar@gibsondunn.com

*Attorneys for Defendant UBS AG*

</td></tr>
</table>