UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE:                              :
                                    :
LONDON SILVER FIXING, LTD., ANTITRUST :   1:14-MD-02573 (VEC)
LITIGATION                          :
                                    :   1:14-MC-02573 (VEC)
*This Document Relates to All Actions* :
                                    :
------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Michael Lacovara, dated March 27, 2015 (and exhibits thereto), and upon all prior proceedings, pleadings, and papers filed herein, defendants HSBC Bank U.S.A., N.A., HSBC Holdings plc, HSBC North America Holdings Inc., HSBC USA Inc., The Bank of Nova Scotia, Scotiabanc Inc., Scotia Holdings (US) Inc., Scotia Capital (USA) Inc., Deutsche Bank AG, Deutsche Bank Americas Holding Corp., DB U.S. Financial Markets Holding Corporation, Deutsche Bank Securities Inc., Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, and Deutsche Bank AG New York Branch (collectively, the "Moving Defendants") hereby move this Court, before the Honorable Valerie Caproni, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the Moving Defendants in the Consolidated

Amended Class Action Complaint dated January 26, 2015, and for such other relief as the

Court deems just and proper.

Dated: March 27, 2015

New York, New York

Respectfully submitted,

_____
Michael Lacovara
Matthew J. Galvin
Leah Friedman
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue
New York, NY  10022
michael.lacovara@freshfields.com
matthew.galvin@freshfields.com
leah.friedman@freshfields.com
(212) 277-4000
Fax: (212) 277-4001

*Attorneys for Defendants HSBC Bank U.S.A., N.A., HSBC Holdings plc, HSBC North America Holdings Inc., and HSBC USA Inc.*


/s/ Stephen Ehrenberg_____
Stephen Ehrenberg
Kenneth M. Raisler (of counsel)
John J. Hughes, III
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10005
ehrenbergs@sullcrom.com
raislerk@sullcrom.com
hughesj@sullcrom.com
Tel: (212) 558-4000
Fax:  (212) 558-3588

*Attorneys for Defendants The Bank of Nova Scotia, Scotiabanc Inc., Scotia Holdings (US) Inc., and Scotia Capital (USA) Inc.*

/s/ Charles F. Rule
Charles F. Rule
Joseph J. Bial
Amy W. Ray
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com
Tel: (202) 862-2200
Fax: (202) 862-2400

Peter J. Isajiw
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
peter.isajiw@cwt.com
Tel: (212) 504-6579
Fax: (212) 504-6666

*Attorneys for Defendants Deutsche Bank AG, Deutsche Bank Americas Holding Corp., DB U.S. Financial Markets Holding Corporation, Deutsche Bank Securities Inc., Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, and Deutsche Bank AG New York Branch*