

**New York**
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

**Pennsylvania**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

July 31, 2015

**Via ECF**

The Honorable Valerie E. Caproni
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 443
New York, NY 10007

    Re:   *In re London Silver Fixing, Ltd. Antitrust Litigation*, No. 14-MD-2573 (VEC)

Dear Judge Caproni,

    As counsel for Plaintiffs, we respectfully bring to the Court's attention the Second Circuit's decision in *Loreley Financing (Jersey) No. 3 Ltd. v. Wells Fargo Securities, LLC*, No. 13-1476-cv, 2015 U.S. App. LEXIS 12800 (2d Cir. July 24, 2015) ("*Loreley*"), a copy of which is attached as Exhibit A.

    Plaintiffs believe, for all of the reasons set forth in Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss (ECF No. 87) and Plaintiffs' Memorandum of Law in Opposition to Defendant UBS AG's Motion to Dismiss (ECF No. 83), that Plaintiffs plausibly plead Defendants' violations of the Sherman Act, Commodity Exchange Act, and common law. In light of *Loreley*, 2015 U.S. App. LEXIS 12800, at *76-82, if the Court finds that Plaintiffs' Second Consolidated Amended Class Action Complaint (ECF No. 63) is insufficient, Plaintiffs formally request that the Court grant leave to replead their claims with the benefit of the Court's ruling.

                                    Respectfully submitted,

                                      Barbara Hart

cc:    Counsel of Record (via ECF)