```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE:                                          :
                                                :           14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                     :           14-MC-2573 (VEC)
ANTITRUST LITIGATION                            :
                                                :           **ORDER NO. 11**
*This Document Relates to All Actions*          :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      Pursuant to the Court's teleconference with the parties, held November 17, 2016, Plaintiffs are directed to file under seal their proposed Third Amended Complaint ("TAC");

      IT IS HEREBY ORDERED that the parties are directed to show cause why the TAC should not be unsealed in its entirety by **December 5, 2016.**

      IT IS HEREBY FURTHER ORDERED that unless the Court directs otherwise, the TAC shall be unsealed in its entirety and filed on the public docket on **December 7, 2016**.

      The parties are ordered to meet-and-confer in good faith in advance of December 5, 2016, in order to resolve, if possible, any disputes regarding what portions of the TAC, if any, should remain sealed. The Court reminds the parties of their obligation to take appropriate steps to prevent the mishandling or misuse of sealed materials and the presumption of public access to judicial documents.

**SO ORDERED.**

Date:  November 17, 2016
          New York, New York                    _____
                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**