November 30, 2018

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court for the
  Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *In re Commodity Exch., Inc. Gold Futures & Options Trading Litig.*, No. 14-MD-2548
        and *In re London Silver Fixing, Ltd., Antitrust Litig.*, No. 14-MD-2573

Dear Judge Caproni:

        The parties in these actions jointly submit this letter seeking the adjournment of the
December 3, 2018 deadline in the respective Discovery Schedules applicable to each action to
raise disputed discovery issues with the court.  The parties have not previously sought an
adjournment of the deadline for this letter.  The parties have previously sought, and were
granted, an extension of the deadline to conclude meet and confers on search methodology for
electronic communications.

        The parties have diligently held a series of both in-person and telephonic meet and
confers and have made significant progress on a number of these discovery issues.  However, the
parties feel that they may be able to reach resolution or narrow the scope of potential disputes
with the benefit of additional discussions.  Thus, the parties respectfully request that the Court
adjourn the December 3, 2018 deadline for submitting a joint letter on these discovery topics
until December 14, 2018.

Respectfully submitted,


/s/ Michael C. Dell'Angelo                      /s/ Sami H. Rashid
Merrill G. Davidoff                             Daniel L. Brockett
Martin I. Twersky                               Daniel P. Cunningham
Michael C. Dell'Angelo                          Steig D. Olson
Zachary D. Caplan                               Sami H. Rashid
BERGER & MONTAGUE P.C.                          QUINN EMANUEL URQUHART &
1818 Market Street                              SULLIVAN, LLP
Philadelphia, Pennsylvania 19103                51 Madison Avenue, 22nd Floor
                                                New York, New York 10010

Jeremy D. Andersen (*pro hac vice*)
Chris R. Barker *(pro hac vice)*
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

*Interim Co-Lead Counsel for Gold Plaintiffs and the Proposed Gold Class*

| /s/ Thomas Skelton | /s/ Deborah Elman |
|---|---|
| Vincent Briganti | Robert Eisler |
| Barbara Hart | Deborah Elman |
| Thomas Skelton | GRANT & EISENHOFER P.A. |
| Christian P. Levis | 485 Lexington Avenue |
| LOWEY DANNENBERG P.C. | New York, NY 10017 |
| 44 South Broadway, Suite 1100 | |
| White Plains, NY 10601 | |

*Co- Counsel for Silver Plaintiffs and the Proposed Silver Class*

/s/ Stephen Ehrenberg

Stephen Ehrenberg
William H. Wagener
Virginia R. Hildreth
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for The Bank of Nova Scotia
Defendants and Liaison Defense Counsel*

/s/ Marc J. Gottridge

Marc J. Gottridge
Dennis H. Tracey, III
Benjamin Fleming
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY  10022

*Attorneys for Defendant Société Générale*

/s/ Todd S. Fishman

Michael S. Feldberg
Todd S. Fishman
Brian Fitzpatrick
ALLEN & OVERY LLP
1221 Avenue of Americas
New York, NY  10020

*Attorneys for Defendant Barclays Bank PLC*

/s/ Damien J. Marshall

Damien J. Marshall
Leigh M. Nathanson
Laura E. Harris
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY  10022

*Attorneys for the HSBC Defendants*

/s/ James V. Masella, III

James V. Masella, III
R. James Madigan III
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York  10036

*Attorneys for Defendant The London Gold
Market Fixing Limited*