

Grant & Eisenhofer P.A.

123 Justison Street
Wilmington, DE  19801
Tel: 302-622-7000
Fax: 302-622-7100

30 N. LaSalle Street, Suite 2350
Chicago, IL  60602
Tel: 312-214-0000
Fax: 312-214-0001

485 Lexington Avenue  New York, NY 10017  Tel: 646-722-8500  Fax: 646-722-8501

Deborah Elman
Director
Tel: +1-646-722-8534
delman@gelaw.com

May 23, 2019

**<u>Via ECF</u>**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007-1312

Re:     *In re: London Silver Fixing, Ltd., Antitrust Litigation*, Case No. 14-md-02573-VEC

Dear Judge Caproni:

In accordance with the Court's May 6, 2019 Order (ECF No. 414) and May 17, 2019 Order (ECF No. 418), the parties in this action jointly submit the attached [Proposed] Amended Fact Discovery Schedule.  A Microsoft Word version of the Stipulation is also being submitted via e-mail to your chambers per your individual rules of practice.

Respectfully submitted,

*/s/ Deborah A. Elman*
Robert G. Eisler
Deborah A. Elman
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY  10017
Telephone: (646) 722-8500
reisler@gelaw.com
delman@gelaw.com

*Co-Lead Counsel for Silver Plaintiffs and the Proposed Class*

cc:     All counsel of record (via ECF)