July 1, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

      Re:   *In re London Silver Fixing Ltd. Antitrust Litig.*,
              Case No. 14-MD-2573 (VEC) (S.D.N.Y.)

Dear Judge Caproni,

      Pursuant to Part (8)(a)(1)(vii) of the Discovery Schedule (Dkt. 371), as amended by the Court's May 24, 2019 Order, the parties jointly submit this letter updating the Court on the progress of discovery. The parties are working on the production of documents in accordance with the deadlines set forth in the Amended Discovery Schedule (Dkt. 420).

      As of this filing, the Second Circuit has taken no action on Plaintiffs' Petition for a Writ of Mandamus filed on March 29, 2019.

                              Respectfully submitted,

| /s/ Deborah A. Elman | /s/ Thomas Skelton |
|---|---|
| Robert G. Eisler | Vincent Briganti |
| Deborah A. Elman | Thomas Skelton |
| Chad Holtzman | Christian Levis |
| Allison McCowan | Jonathan Seredynski |
| GRANT & EISENHOFER PA | LOWEY DANNENBERG P.C. |
| 485 Lexington Avenue, 29th Floor | 44 South Broadway, Suite 1100 |
| New York, NY 10017 | White Plains, NY 10601 |

                *Interim Co-Lead Counsel in No. 14-MD-2573*

| | |
|---|---|
| /s/ Stephen Ehrenberg | /s/ Damien J. Marshall |
| Stephen Ehrenberg | Damien J. Marshall |
| William H. Wagener | Leigh M. Nathanson |
| Virginia R. Hildreth | Laura E. Harris |
| SULLIVAN & CROMWELL LLP | BOIES SCHILLER FLEXNER LLP |
| 125 Broad Street | 55 Hudson Yards |
| New York, NY 10004 | New York, NY 10001 |
| | |
| *Attorneys for The Bank of Nova Scotia Defendants and Liaison Defense Counsel* | *Attorneys for the HSBC Defendants* |

cc:     Counsel of Record (via ECF)