August 1, 2019

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

    Re:   *In re London Silver Fixing Ltd. Antitrust Litig.*,
            Case No. 14-MD-2573 (VEC) (S.D.N.Y.)

Dear Judge Caproni,

    Pursuant to Part (8)(a)(1)(vii) of the Discovery Schedule (Dkt. 371), as amended by the Court's May 24, 2019 Order, the parties jointly submit this letter updating the Court on the progress of discovery. The parties are working on the production of documents in accordance with the deadlines set forth in the Amended Discovery Schedule (Dkt. 420), and the Bank of Nova Scotia and HSBC expect to produce documents on or before August 2, consistent with the deadlines set out in the Amended Discovery Schedule.

    On July 25, 2019, Plaintiffs' Petition for Writ of Mandamus was denied. On the same day, Defendants sought confirmation from Plaintiffs as to their timetable for production. On July 26, 2019, this Court denied as moot Plaintiffs' motion for a stay pending disposition of the mandamus petition. Plaintiffs are reviewing materials for production and working with their vendor on the production of documents pursuant to the Court's February 25, 2019 and July 26, 2019 Orders (Dkt. Nos. 403 and 427), and will apprise defendants of an anticipated production schedule as soon as practicable.

Respectfully submitted,

| /s/ Robert Eisler | /s/ Thomas Skelton |
|---|---|
| Robert G. Eisler | Vincent Briganti |
| Deborah A. Elman | Thomas Skelton |
| Chad Holtzman | Christian Levis |
| GRANT & EISENHOFER PA | Jonathan Seredynski |
| 485 Lexington Avenue, 29th Floor | LOWEY DANNENBERG P.C. |
| New York, NY 10017 | 44 South Broadway, Suite 1100 |
| | White Plains, NY 10601 |

*Interim Co-Lead Counsel in No. 14-MD-2573*

| | |
|---|---|
| /s/ Stephen Ehrenberg | /s/ Damien J. Marshall |
| Stephen Ehrenberg | Damien J. Marshall |
| William H. Wagener | Leigh M. Nathanson |
| Virginia R. Hildreth | Laura E. Harris |
| SULLIVAN & CROMWELL LLP | BOIES SCHILLER FLEXNER LLP |
| 125 Broad Street | 55 Hudson Yards |
| New York, NY 10004 | New York, NY 10001 |
| | |
| *Attorneys for The Bank of Nova Scotia Defendants and Liaison Defense Counsel* | *Attorneys for the HSBC Defendants* |

cc:     Counsel of Record (via ECF)