Case 1:14-md-02573-VEC   Document 535   Filed 06/15/21   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LONDON SILVER FIXING, LTD. ANTITRUST LITIGATION | 14-MD-02573-VEC<br>14-MC-02573-VEC |
| This Document Relates to:<br><br>ALL ACTIONS | The Honorable Valerie E. Caproni |

### ORDER AWARDING REIMBURSEMENT OF EXPENSES

This matter came for a duly-noticed hearing on April 8, 2021 (the "Fairness Hearing"), upon Interim Co-Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses ("Fee and Expense Application") in the above-captioned action ("Action"). The Court has considered the Fee and Expense Application and all supporting and other related materials, including the matters presented at the Fairness Hearing. Due and adequate notice of the Stipulation and Agreement of Settlement with Deutsche Bank AG; Deutsche Bank Americas Holding Corporation, DB U.S. Financial Markets Holding Corporation, Deutsche Bank Securities, Inc.; Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas; Deutsche Bank AG New York Branch, and their subsidiaries and affiliates (collectively, "Deutsche Bank") entered into on September 6, 2016 (the "Settlement Agreement")[1] having been given to the Settlement Class Members, the Fairness Hearing having been held, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

---

[1] Unless otherwise defined herein, all capitalized terms used have the meanings set forth and defined in the Settlement Agreement.

1. This Court has personal jurisdiction over Representative Plaintiffs, Deutsche Bank, and all Settlement Class Members and subject matter jurisdiction over the Action to approve the Settlement Agreement and all exhibits attached thereto.

2. Notice of the Fee and Expense Application was provided to potential Settlement Class Members in a reasonable manner, and such notice complies with Rule 23(h)(1) of the Federal Rules of Civil Procedure and due process requirements.

3. Plaintiffs' Counsel is hereby awarded expenses in the amount of $485,854.46, plus interest at the same rate as earned by the Settlement Fund, which shall be paid out of the Settlement Fund. This amount consists of (a) the $402,987.46 in expenses accrued from the inception of this action through November 23, 2016, the date the Court preliminarily approved the settlement with Deutsche Bank; and (b) the $82,867.00 in expenses related to the development of the settlement notice and distribution plans. *See* Letter, Dkt. 520 at 1, 1 n.1.

4. In the event that the Settlement is terminated or the Effective Date does not occur in accordance with the terms of the Settlement, this Order shall be null and void, of no further force or effect, and without prejudice to any of the Parties, and may not be introduced as evidence or used in any actions or proceedings by any Person against the Parties.

5. Pursuant to Section 5(D) of the Settlement Agreement, this expense award is independent of the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement and is also independent of the Court's consideration of the Distribution Plan.

6. The expenses award granted herein may be paid to Interim Co-Lead Counsel from the Settlement Fund immediately upon entry of this Order, subject to the terms, conditions, and obligations of the Settlement Agreement which terms, conditions, and obligations are incorporated herein.

**IT IS SO ORDERED.**

Date: _____June 15_____, 2021.

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE