```
                                                         USDC SDNY
                                                         DOCUMENT
                                                         ELECTRONICALLY FILED
                                                         DOC #:_____
UNITED STATES DISTRICT COURT                             DATE FILED: 6/23/2021
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------------ X
IN RE:                                            :
                                                  :         14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                       :         14-MC-2573 (VEC)
ANTITRUST LITIGATION                              :
                                                  :              ORDER
*This Document Relates to All Actions*            :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 22, 2021, the parties appeared for a telephone conference to resolve a discovery dispute; and

WHEREAS on May 5, 2021, the Court so ordered the parties' proposed extension of the fact discovery deadline to June 25, 2021 for depositions of HSBC witnesses on the Plaintiffs' witness list, Dkt. 526 at 2;

IT IS HEREBY ORDERED that any motion to quash the subpoena and notice to take the deposition of Michael Connolly is due no later than **Friday, June 25, 2021**. Any response in opposition to the motion is due no later than **Friday, July 2, 2021** and any reply in support of the motion is due no later than **Friday, July 9, 2021**.

**SO ORDERED.**

**Date:  June 23, 2021**
       **New York, NY**                                  _____
                                                           **VALERIE CAPRONI**
                                                           **United States District Judge**