USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE:

LONDON SILVER FIXING ANTITRUST AND COMMODITIES LITIGATION

*This Document Relates to All Actions*

1:14-MD-02573 (VEC)

**MEMO ENDORSED**

## MOTION OF DEFENDANTS HSBC BANK USA, N.A. AND THE BANK OF NOVA SCOTIA FOR LEAVE TO FILE AN AMENDED MOTION FOR JUDGMENT ON THE PLEADINGS

Damien J. Marshall
Leigh Nathanson
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 790-5357
Fax: (212) 556-2222
Email: dmarshall@kslaw.com

*Attorneys for the HSBC Defendants*

Stephen Ehrenberg
William H. Wagener
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-3269
Fax: (212) 291-9271
Email: ehrenbergs@sullcrom.com

*Attorneys for The Bank of Nova Scotia Defendants*

Defendants HSBC Bank U.S.A., N.A. and the Bank of Nova Scotia ("Defendants")[1] respectfully move for leave to file an amended Motion for Judgment on the Pleadings, pursuant to Federal Rule of Civil Procedure 12(c).

On February 28, 2022, Defendants moved for judgment on the pleadings seeking the dismissal of Plaintiffs' antitrust claims, arguing that Plaintiffs lacked antitrust standing pursuant to new Second Circuit authority, *Schwab Short-Term Bond Mkt. Fund* v. *Lloyds Banking Grp. PLC*, 22 F.4th 103 (2d Cir. 2021) ("*Schwab II*"). (ECF No. 584.) On August 8, 2022, Defendants submitted a letter-brief arguing that Plaintiffs' Commodity Exchange Act ("CEA") and antitrust claims also had failed to adequately plead injury pursuant to another new Second Circuit decision, *Gamma Traders – I LLC* v. *Merrill Lynch Commodities, Inc.*, 41 F.4th 71 (2d Cir. 2022). (ECF No. 597.) On August 24, 2022, the Court ordered Defendants to file a consolidated 12(c) brief, and Defendants did so on September 30, 2022. (ECF Nos. 599, 600.) Plaintiffs' opposition brief is currently due this Friday, October 28, 2022.

After Defendants filed their consolidated 12(c) brief, the Second Circuit issued a decision that is also pertinent to Defendants' 12(c) motion, *Laydon* v. *Coöperatieve Rabobank U.A.*, __ F,4th __, 2022 WL 10208500 (2d Cir. Oct. 18, 2022), attached hereto. *Laydon* affirmed the dismissal of claims brought by an American futures trader based on the alleged manipulation of foreign-exchange benchmarks by a group of banks, reasoning, in pertinent part, that "Plaintiff's CEA claims are based predominantly on foreign conduct and are thus impermissibly extraterritorial" and that "Plaintiff lacked antitrust standing." *Id.* at *1.

---

[1] In addition to these entities, the affiliated moving entities are: HSBC Holdings Plc, HSBC North America Holdings Inc., HSBC U.S.A. Inc. (together with HSBC Bank (U.S.A.), N.A., "HSBC"); Scotia Capital (USA) Inc., Scotiabanc Inc., and Scotia Holdings (US Inc.) (together with the Bank of Nova Scotia, "Scotiabank") (collectively, "Defendants"). Third Amended Complaint ¶¶ 56, 73 (ECF No. 258).

1

Defendants respectfully request leave to file an amended memorandum in support of their motion for judgment on the pleadings by November 11, 2022, not to exceed 30 pages in length, so that Defendants may address *Laydon* in that motion, and in particular, extraterritoriality as a further basis for dismissal, which is not addressed in the motion filed on September 30. Defendants further propose that Plaintiffs' opposition be due December 2, 2022, not to exceed 30 pages in length; and that Defendants' reply be due December 16, 2022, not to exceed 12 pages in length. Doing so would allow the Court to efficiently review a single set of briefs that address all pertinent authority, consistent with the Court's August 24, 2022 order. Defendants have conferred with Plaintiffs, who consent to Defendants' request to modify the schedule and reserve all rights with respect to any arguments raised in Defendants' briefing.

Dated: October 25, 2022
      New York, New York

Respectfully submitted,

| /s/ *Damien J. Marshall* | /s/ *Stephen Ehrenberg* |
|---|---|
| Damien J. Marshall | Stephen Ehrenberg |
| Leigh Nathanson | William H. Wagener |
| KING & SPALDING LLP | SULLIVAN & CROMWELL LLP |
| 1185 Avenue of the Americas, 34th Floor | 125 Broad Street |
| New York, NY 10036 | New York, NY 10004 |
| Tel: (212) 790-5357 | Tel: (212) 558-3269 |
| Fax: (212) 556-2222 | Fax: (212) 291-9271 |
| Email: dmarshall@kslaw.com | Email: ehrenbergs@sullcrom.com |
| *Attorneys for the HSBC Defendants* | *Attorneys for The Bank of Nova Scotia Defendants* |

---

Application GRANTED. The motion for judgment on the pleadings is DENIED without prejudice and with leave to refile. Defendants' renewed motion is due no later than **November 10, 2022**, in a brief not to exceed thirty pages. Plaintiffs' response is due by **December 2, 2022**, and Defendants' reply is due by **December 16, 2022**. The Clerk of Court is respectfully directed to terminate the open motions at docket entries 600 and 602.

SO ORDERED.

*[signature: Valerie Caproni]*      10/26/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2